Susan B. Cowger, U.S. Attorney's Office Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender's Office Northern District of Texas, Dallas, TX, for Defendant–Appellant.

Daniel Scott Dunson, pro se.

Before HIGGINBOTHAM, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that appellees unopposed motion to vacate sentence is granted.

IT IS FURTHER ORDERED that appellees unopposed motion to remand for resentencing is granted.

UNITED STATES of America,
Plaintiff–Appellee,

v.

Felix Leal GARZA, Defendant–
Appellant.

No. 04–40787
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 10, 2005.

James Lee Turner, Assistant U.S. Attorney, Us Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Richard Nicholas Jeffrey, Law Office of Robert Bujanos & Associates, Corpus Christi, TX, for Defendant–Appellant.

Before BARKSDALE, STEWART, and CLEMENT, Circuit Judges.

PER CURIAM: *

Counsel appointed for Felix Leal Garza ("Garza") has filed a motion for leave to

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

withdraw, a brief, and a supplemental letter brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Garza has filed a response. Our independent review of counsel's briefs, Garza's response, and the record discloses no nonfrivolous issue. Accordingly, counsel's motion to withdraw is GRANTED; counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.